IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LORI WILKA                                                                                    PLAINTIFF

v.                          Case No. 4:09-cv-794-DPM

UNITED STATES OF AMERICA                                           DEFENDANT

JUDGMENT

Wilka's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

8 July 2011